**Clyde T. COOLEY, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7093.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**VMWARE, INC., Plaintiff–Appellant,**

v.

**CONNECTIX CORPORATION and Microsoft Corporation, Defendants–Appellees.**

No. 03–1546.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 9, 2004.

ON MOTION

*ORDER*

Upon consideration of VMware, Inc.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.